# SUPERIOR COURT
## OF THE
## STATE OF DELAWARE

E. SCOTT BRADLEY
JUDGE

1 The Circle, Suite 2
GEORGETOWN, DE 19947

September 25, 2018

D. Miika Roggio, Esquire
Silver, McDonald & Friedman
1010 North Bancroft Parkway, Suite 22
Wilmington, DE 19805

Louis J. Rizzo, Jr., Esquire
Reger Rizzo & Darnall LLP
1523 Concord Pike, Suite 200
Brandywine Plaza East
Wilmington, DE 19803

Joseph R. Fowler, Esquire
Fowler Hirtzel McNulty Spaulding
2000 Market Street
Suite 550
Philadelphia, PA 19107

RE:     Pavik v. George & Lynch, Inc.
        C.A. No. S14C-01-006 ESB

Dear Counsel:

I have denied George & Lynch Inc.'s Motion for Reargument of my decision granting summary judgment in favor of E. J. Breneman. George & Lynch Inc.'s motion raises the same arguments that I previously considered and rejected. I am satisfied that my earlier decision remains correct.

IT IS SO ORDERED.

Very truly yours,

E. Scott Bradley

ESB:tll

cc:     Prothonotary's Office
        Counsel of Record